1040

No. 82–683.  MELLIES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–684.  HAYES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–705.  ASTORGA-TORRES *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 82–731.  MCNEELY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–746.  HABIB ET AL. *v.* RAYTHEON CO. ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 82–5038.  BURKS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–5071.  PHILLIPS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 82–5210.  ROBINSON *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 82–5211.  ARCHIBONG *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–5215.  CARLSON *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 82–5222.  HINKLE *v.* SCURR, WARDEN, IOWA STATE PENITENTIARY, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 82–5304.  ROBERTS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–5346.  BEECROFT *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.